In the Matter of JEROME J. S. HIGGINS, Appellant, against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York, Respondent.

Argued April 9, 1941; decided May 22, 1941.

*Julian V. Carabba* for appellant.

*William C. Chanler, Corporation Counsel (Edward J. McGratty, Jr.,* and *Paxton Blair* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J., and RIPPEY, J.